UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFREY GREER and MICHAEL SWEENEY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **DEFAULT** |
| v. | ) | **JUDGMENT** |
| | ) | |
| ALWYN NARTEY, | ) | 5:22-CV-385-BO-RN |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** plaintiffs' motion for default judgment [DE 10] is GRANTED.

Judgment is entered against Alwyn Nartey and in favor of plaintiffs as follows:

(1) Plaintiff Jeffrey Greer shall have and recover from defendant Alwyn Nartey the sum of $328,605.70, with interest at the rate of 5% per annum from the date of judgment until paid.

(2) Plaintiff Michael Sweeney shall have and recover from defendant Alwyn Nartey the sum of $264,534.50, with interest at the rate of 5% per annum from the date of judgment until paid.

**This judgment filed and entered on March 8, 2024, and served on:**
Karli Guyther (via CM/ECF NEF)
Brycen Williams (via CM/ECF NEF)

March 8, 2024

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk